Daniel L. Feder, Esq. (SB# 130867)
**LAW OFFICES OF DANIEL L. FEDER**
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476
Fax: (415) 391-9432
Email: danfeder@pacbell.net

Attorneys for Plaintiff
DREW WASHINGTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW GARRETT WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>JOE'S CRAB SHACK, a Texas corporation doing business in California, KEVIN AUSTIN, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV-09-5086-SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE FEBRUARY 5, 2010 CMC AND RELATED DATES**<br><br>Date: January 15, 2010<br>Honorable Samuel Conti |

## STIPULATION

Pursuant to the Court's ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, dated October 26, 2009, the parties currently have a Case Management Conference scheduled for February 5, 2010, as well as, pending meet and confer obligations prior to that date. The Plaintiff has filed a motion for remand. This motion will not be heard by the Court until January 22, 2010.

The parties, by and through counsel, hereby stipulate to continue the CMC and related dates for three weeks, until February 26, 2010, so that the Court may rule on the motion for remand prior to the parties engaging in extensive meet and confer regarding case management.

EPSTEIN BECKER & GREEN

Kathryn T. McGuigan, Esq.
Attorney for Defendant
CRAB ADDISON

LAW OFFICES OF DANIEL FEDER

Christopher R. LeClerc, Esq.
Attorney for Plaintiff
Drew Washington

## [Proposed] ORDER

The Court finding good cause and pursuant to the stipulation of the parties, hereby ORDERS that the CMC currently scheduled for February 5, 2010 be continued until ~~February~~ March 5, 2010 ~~26, 2010~~. Additionally, each of the CMC dates in the Case Schedule/ADR order of October 26, 2009 is also continued for three weeks.

IT IS SO ORDERED.

Dated: January 21, 2010



IT IS SO ORDERED
Judge Samuel Conti